```
1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6
7
8               IN THE UNITED STATES DISTRICT COURT FOR THE
9                    EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )   1:10-CR-00361-LJO
                                )
12          Plaintiff,          )   FINAL ORDER OF FORFEITURE
                                )
13     v.                       )
                                )
14 TERRY LEE SCHNEIDER II,      )
                                )
15                              )
            Defendant.          )
16                              )
                                )
17
```

WHEREAS, on October 26, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Terry Lee Schneider II forfeiting to the United States the following property:

        a. Toshiba laptop computer seized from defendant by Law enforcement on or about January 27, 2010;

        b. Compact discs, external hard drives, or other storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized by law enforcement on or about January 27, 2010;and

        c. Canon camcorder obtained by law enforcement on or about September 20, 2010.

AND WHEREAS, beginning on October 29, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Terry Lee Schneider II.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   February 10, 2012              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE