IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JEAN SCHNEIDER, | CASE NO. 1:10-cr-00361-LJO |
| Movant, | **ORDER FOR MOVANT TO SHOW CAUSE** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

On November 14, 2012, this Court issued an order that denied all of the claims raised by Nicole Jean Schneider ("Ms. Schneider") in her 28 U.S.C. § 2255 motion except for the claim that she received ineffective assistance of counsel when counsel ignored her request to file an appeal (ground one). (Doc. 75). This Court also ordered respondent, pursuant to *United States v. Sandoval-Lopez*, 409 F.3d 1193, 1198 (9th Cir. 2005), to inform the Court whether it wanted to continue to oppose Ms. Schneider's claim. (*Id*.). Respondent informed the Court that it wished to oppose Ms. Schneider's claim and requested an evidentiary hearing. (Doc. 76).

On November 28, 2012, this Court issued an order in which it requested Ms. Schneider's former counsel to file a declaration in response to Ms. Schneider's allegations. (Doc. 77). The Court also ordered Ms. Schneider to respond to counsel's declaration. (*Id*.). The time for responding to counsel's declaration passed and Ms. Schneider has not responded. A Court may dismiss an action with prejudice based on a party's failure to obey a court order. *See e.g.*, *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61

(9th Cir. 1992). Given the strain on the Court's docket, this Court finds it necessary for Ms. Schneider to show cause why this case should not be dismissed for her failure to comply with this Court's order requesting her to respond to her former counsel's declaration. (Doc. 77).

Accordingly, this Court ORDERS Ms. Schneider to show cause in writing no later than twenty (20) calendar days from service of this order why this case should not be dismissed for the reasons discussed above. This Court further ORDERS Ms. Schneider to respond to her former counsel's declaration. The Clerk is DIRECTED to serve Ms. Schneider a copy of the declaration at Doc. 79. Ms. Schneider is admonished that if she does not respond to this order in a timely manner her case will be dismissed.

IT IS SO ORDERED.

**Dated: February 7, 2013** /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE